THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN A. HAMILTON, Appellant, *v.* THE POLICE COMMISSIONER OF THE CITY OF NEW YORK, Defendant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent.

*People ex rel. Hamilton* v. *Police Comr. City of New York,* 100 App. Div. 483, appeal dismissed.

(Submitted June 4, 1906; decided June 12, 1906.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 17, 1905, which reversed an order of Special Term sustaining a writ of habeas corpus and discharging the relator from custody and directed that said relator be remanded to the custody of the defendant.

The motion was made upon the ground that the appellant has not surrendered himself into custody and is, therefore, not within the jurisdiction of the court.

*William Travers Jerome, District Attorney (Robert S. Johnstone* of counsel), for motion.

*Frederick B. House* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless the defendant on or before November 1, 1906, submits himself to the jurisdiction of the courts of this state and while so in the jurisdiction of the courts of this state argues the appeal in this court.